IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH BARTHEL and DOROTHY BARTHEL, | ) ) ) | |
| Plaintiffs, | ) ) | 4:96CV3034 |
| v. | ) ) | |
| ANN VENEMAN, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

      This matter is before the Court on defendant's motion for second extension of time (Filing No. 86). The Court notes plaintiffs have no objections to said motion. Accordingly,

      IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until February 22, 2006, to respond to plaintiffs' motion for order to show cause.

      DATED this 24th day of January, 2006.

                       BY THE COURT:

                       /s/ Lyle E. Strom
                       _____
                         LYLE E. STROM, Senior Judge
                         United States District Court