IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH BARTHEL and DOROTHY BARTHEL, | ) ) ) | |
| Plaintiffs, | ) ) | 4:96CV3034 |
| v. | ) ) | |
| ANN VENEMAN, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the motion to withdraw as counsel (Filing No. 88) filed by Timothy G. Himes, Sr., and Domina Law Group, PC. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw as counsel is granted. Timothy G. Himes, Sr., and Domina Law Group, PC, are deemed withdrawn as counsel of record for plaintiffs.

DATED this 26th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court