```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEBRASKA
```

KEITH BARTHEL and DOROTHY    )
BARTHEL,                     )
                             )
              Plaintiffs,    )            4:96CV3034
                             )
         v.                  )
                             )
DANIEL GLICKMAN, SECRETARY   )            ORDER AND JUDGMENT
UNITED STATES DEPARTMENT     )
OF AGRICULTURE,              )
                             )
              Defendant.     )
_____)

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that plaintiffs' motion for an order to show cause/writ of mandamus (Filing No. 77) is denied.  The County is authorized to replace the existing culvert with a bridge.

DATED this 23rd day of June, 2006.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court