IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| KEITH BARTHEL and DOROTHY BARTHEL, | ) ) ) | |
| Plaintiffs, | ) ) | 4:96CV3034 |
| v. | ) ) | |
| DANIEL GLICKMAN, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the motion to withdraw as counsel (Filing No. 99) filed by Hertha L. Lund of Budd-Falen Law Offices, LLC.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion to withdraw as counsel is granted.  Hertha L. Lund and Budd-Falen Law Offices, LLC, are deemed withdrawn as counsel of record for plaintiffs.

DATED this 31st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court